

**MEMORANDUM OPINION**

No. 04-09-00804-CV

**IN RE TANGO TRANSPORT, L.L.C. d/b/a TANGO TRANSPORT, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebecca Simmons, Justice

Delivered and Filed: December 23, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On December 15, 2009, relator filed a petition for writ of mandamus and a motion for emergency stay. The court has considered relator's petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CI-18479, styled *Dedic Mancha, et al. v. Tango Transport, Inc. and Jim Avara*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding. However, the order complained of was signed by the Honorable David A. Berchelmann, presiding judge of the 37th Judicial District Court, Bexar County, Texas.